# In the United States Court of Federal Claims

**No. 12-484 C**

**FASTSHIP, LLC**

**RULE 54(b)**
**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed April 28, 2017, finding that Claims 1 and 19 of the '032 patent and Claims 1, 3, 5, and 7 of the '946 patent are valid and directly infringed by LCS-1, and directing the clerk to enter final judgment pursuant to RCFC 54(b), respecting the reasonable and entire compensation for infringement, there being no just reason for delay,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff is awarded $6,449,585.82 in damages as of September 23, 2006, the launch date of LCS-1. Plaintiff is also entitled to interest for delayed compensation at the 10-year Treasury note rate from September 23, 2006, 4.58%, compounded semi-annually, until the date the judgment is paid.

Lisa L. Reyes
Acting Clerk of Court

**April 28, 2017**

s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing ofall plaintiffs. Filing fee is $505.00.